**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MICHAEL PATRICE ROBINSON,

        Plaintiff,

vs.                                          Case No. 3:16-cv-932-J-32JRK

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

        Defendant.

## ORDER

On August 19, 2016, plaintiff, who is proceeding pro se, filed a complaint and motion for leave to proceed in forma pauperus, pursuant to the Court's earlier Order directing plaintiff that filing a miscellaneous case was not the proper means to pursue relief. See Order, Doc. 2; Complaint, Doc. 5; Motion for Leave to Proceed In Forma Pauperis and Affidavit of Indigency, Docs. 6 & 7. Plaintiff also filed a document styled "Notice of Appeal." See Doc. 4. In the notice, plaintiff appears to be appealing to this Court an Order entered by the state court. This Court has no jurisdiction to hear appeals from state court judgments. Any appeal must be filed with Florida's First District Court of Appeals. See Casale v. Tillman, 558 F.3d 1258, 1260 (11th Cir. 2009) ("The Rooker-Feldman doctrine makes clear that federal district courts cannot review state court final judgments because that task is reserved for state appellate courts or, as a last resort, the United States Supreme Court.") (citing D.C. Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983)).

Further, to the extent plaintiff's complaint seeks to have the Court reexamine the state court proceedings in an effort to overturn the judgment, that likewise is barred by the Rooker-Feldman doctrine. Because his current complaint does not appear to raise any federal claims that he was unable to raise in state court, his motion for leave to proceed in forma pauperis is likely due to be denied, and his case is likely due to be dismissed. See Molina v. Aurora Loan Servs., LLC, 635 F. App'x 618, 622 (11th Cir. 2015). However, to give plaintiff every benefit of the doubt, the Court will allow him an opportunity to amend his complaint before making any final ruling. Plaintiff must file his amended complaint stating a federal cause of action no later than **September 12, 2016**.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of August, 2016.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

pro se plaintiff